IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PROMOTIONAL HEADWEAR INT'L, individually and on behalf of all others similarly situated | ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 20-cv-2211 |
| vs. | ) ) ) |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT THE CINCINNATI INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b)(6) and L.R. 7.1, The Cincinnati Insurance Company ("Cincinnati") moves to dismiss this case because the Plaintiff fails to state a claim on which relief may be granted. Based on the allegations of the Class Action Complaint and the language of Cincinnati's insurance policy, Plaintiff cannot prove its claim. In support, Cincinnati incorporates its Memorandum in Support of its Motion to Dismiss.

WHEREFORE, Cincinnati prays this Court dismiss Plaintiff's claims with prejudice, and for such other relief as the Court deems appropriate.

WALLACE SAUNDERS, CHARTERED

BY: /s/ Michael L. Brown
    Michael L. Brown   KS# 21313
    Kelvin J. Fisher     KS#22014
    10111 West 87th Street
    Overland Park, KS 66212
    (913) 888-1000 FAX - (913) 888-1065
    mbrown@wallacesaunders.com
    kfisher@wallacesaunders.com

ATTORNEYS FOR DEFENDANT
THE CINCINNATI INSURANCE
COMPANY

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the United States District Clerk using the CM/ECF system which sent notification and provided access to a copy of this filing on the 17th day of June, 2020, to:

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
stueve@stuevesiegel.com
wilders@stuevesiegel.com
shank@stuevesiegel.com

J. Kent Emison
Langdon & Emison LLC
911 Main Street
PO Box 220
Lexington, MO 64067
kent@lelaw.com

John J. Schirger
Matthew W. Lytle
Joseph M. Feierabend
Miller Schirger LLC
4520 Main St., Suite 1570
Kansas City, MO 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

101896363.v1

Richard F. Lombardo
Dawn M. Parsons
Michael F. Barzee
Rachael D. Longhofer
Shaffer Lombardo Shurin, P.C.
2001 Wyandotte Street
Kansas City, MO 64108
rlombardo@sls-law.com
dparsons@sls-law.com
mbarzee@sls-law.com
rlonghofer@sls-law.com

ATTORNEYS FOR PLAINTIFF AND
THE PROPOSED CLASSES


  /s/ Michael L. Brown
Michael L. Brown
For the Firm

3