# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

PROMOTIONAL HEADWEAR,
INTERNATIONAL, individually and on
Behalf of all others similarly situated,

        Plaintiff,

v.                                                Case No:  20-2211-JAR-GEB

THE CINCINNATI INSURANCE COMPANY
INC., an Ohio Corporation,

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on December 3, 2020 (Doc. 40), that Defendant's Motion to Dismiss (Doc. 7) is granted. Plaintiff's Complaint is dismissed with prejudice.

12/3/2020 _____                                    TIMOTHY M. O'BRIEN
    Date                                                    CLERK OF THE DISTRICT COURT

                                                                           by:  s/Bonnie Wiest_____
                                                                                 Deputy Clerk