FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 9, 2021**

_____

Christopher M. Wolpert
Clerk of Court

| | |
|---|---|
| PROMOTIONAL HEADWEAR INTERNATIONAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY, INC., an Ohio corporation,<br><br>Defendant - Appellee. | No. 21-3000<br>(D.C. No. 2:20-CV-02211-JAR-GEB) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the unopposed motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk